■ In the Matter of MONIQUE WILLIAMS, Petitioner, v DONALD SELSKY, as Director of Special Housing/Inmate Disciplinary Programs, et al., Respondents. [853 NYS2d 519]—

Present—Scudder, P.J., Hurlbutt, Lunn, Pine and Gorski, JJ.